01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 UNITED STATES OF AMERICA,    )
    )  CASE NO. MJ 14-008
09      Plaintiff,    )
    )
10     v.    )
    )  DETENTION ORDER
11 DAVID ANTHONY MCKEAN,    )
    )
12      Defendant.    )
_____ )
13

14 <u>Offense charged</u>:    Felon in Possession of a Firearm; Possession of a Firearm with an

15 Obliterated Serial Number

16 <u>Date of Detention Hearing</u>:   March 6, 2014.

17      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19 that no condition or combination of conditions which defendant can meet will reasonably

20 assure the appearance of defendant as required and the safety of other persons and the

21 community.

22 / / /

DETENTION ORDER
PAGE -1

01         <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02      1.     Defendant is charged by complaint with possession of a firearm, having been

03 convicted of crimes punishable by imprisonment for over one year, as well as possession of a

04 firearm with an obliterated serial number.

05      2.     Defendant's criminal record includes numerous failures to appear with bench

06 warrant activity, as well as violations of court ordered supervision.   He was released from the

07 custody of the Washington State Department of Corrections recently, having served a term of

08 imprisonment for a controlled substance violation.

09      3.     Defendant has a substance abuse problem and is alleged to be a member of a

10 gang.

11      4.     Defendant poses a risk of nonappearance due to lack of stable residence,

12 substance abuse, lack of employment, and failures to appear with bench warrant activity. He

13 poses a risk of danger due to the nature of the instant offense, criminal record including failures

14 to comply with court ordered supervision, and possible gang ties.

15      5.     There does not appear to be any condition or combination of conditions that will

16 reasonably assure the defendant's appearance at future Court hearings while addressing the

17 danger to other persons or the community.

18 It is therefore ORDERED:

19    1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

20        General for confinement in a correction facility separate, to the extent practicable, from

21        persons awaiting or serving sentences or being held in custody pending appeal;

22    2.  Defendant shall be afforded reasonable opportunity for private consultation with

DETENTION ORDER
PAGE -2

01      counsel;

02   3.  On order of the United States or on request of an attorney for the Government, the

03      person in charge of the corrections facility in which defendant is confined shall deliver

04      the defendant to a United States Marshal for the purpose of an appearance in connection

05      with a court proceeding; and

06   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

07      for the defendant, to the United States Marshal, and to the United State Pretrial Services

08      Officer.

09      DATED this 6th day of March, 2014.

10

11

                        Mary Alice Theiler

12                         Chief United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3